# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| LAMACAR INC. d/b/a/ KELLI's GIFT SHOP SUPPLIERS | § § § § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1396-S |
| THE CINCINNATI CASUALTY COMPANY | § § § § | |

## FINAL JUDGMENT

By separate Order, the Court has granted Defendant The Cincinnati Casualty Company's Rule 12(b)(6) Motion to Dismiss [ECF No. 14], on all claims asserted by Plaintiff Lamacar Inc. It is therefore **ORDERED** that Plaintiff take nothing by its claims against Defendant and that those claims are **DISMISSED WITH PREJUDICE**. Court costs are taxed against Plaintiff. All relief not expressly granted is **DENIED**. This is a final judgment.

**SO ORDERED.**

SIGNED January 26, 2022.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE